UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE BEDWELL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. 2:18-cv-2941-EFB P<br><br><br>ORDER |

Petitioner is confined to Napa State Hospital. The Clerk of the Court opened this action on November 8, 2018, upon receipt of a document filed by petitioner entitled "writ of habeas corpus." ECF No. 1. On November 26, 2018, petitioner notified the court that she failed to include an existing case number on her November 8th filing, which she identifies as a "summary default judgment." ECF No. 4. She states that she did not intend to commence this action, but wishes instead, to proceed with her earlier filed action, designated *Bedwell v. California*, No. 2:18-cv-2878-TLN-CKD (E.D. Cal.). *Id.* She requests that the actions be "combined[]" and that this action be "dissolve[d]." *Id.* Because petitioner did not intend to commence this action, the Clerk will be directed to close this case.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file petitioner's "Summary Default Judgment" (ECF No. 1) in the action designated *Bedwell v. California*, No. 2:18-cv-2878-TLN-CKD (E.D. Cal.) and to close this case.

DATED: November 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE